IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:02CR3062 |
| ) | |
| DANA BURKHOLDER, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on defendant's unopposed motion to review detention (Filing No. 53). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant shall be released forthwith from the custody of the United States Marshal to a member of the Federal Public Defender's office for transportation directly to the Williams Prepared Place. Defendant shall reside at the Williams Prepared Place and follow all rules of said program.

2) Defendant shall immediately report to the United States Probation Office in Omaha, NE, upon his successful or unsuccessful discharge from the Williams Prepared Place program.

3) All other conditions of defendant's supervised release, not inconsistent with this Order, shall remain in force and effect.

January 30, 2007.	BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge