IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:02CR3062 |
| | ) | |
| DANA BURKHOLDER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on defendant's unopposed motion to continue the February 6, 2007, revocation hearing, filing 55, for approximately 60 days. The Court, being fully advised in the premises, and noting that the government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's revocation hearing shall be continued until Wednesday, April 4, 2007, at 1:00 p.m.  The defendant is ordered to appear at said time.

February 1, 2007.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge