IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Case No. 4:02CR3062 |
| ) | |
| DANA BURKHOLDER,    ) | |
| ) | |
| Defendant.    ) | |

## ORDER

THIS MATTER comes before the Court on defendant's unopposed motion to continue the April 4, 2007, revocation hearing, filing 57, for approximately 30 days.  The Court, being fully advised in the premises, and noting that the government and the probation office has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's revocation hearing shall be continued until Thursday, May 10, 2007, at 1:00 p.m.  The defendant is ordered to appear at said time.

March 30, 2007.                           BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge